LEWIS & LIN LLC

77 SANDS STREET, 6TH FLOOR
BROOKLYN, NY 11201
TEL: (718) 243-9323 FAX: (718) 243-9326
WWW.ILAWCO.COM

July 30, 2026

**VIA ECF**
The Honorable Lee G. Dunst, U.S.M.G.
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Papaya Media Corp. v. Haven Health Management, LLC*
Case No. 2:25-CV-02752-JMA-LGD

Dear Magistrate Judge Dunst:

Plaintiff Papaya Media Corp. ("Plaintiff") and Defendant Haven Health Management, LLC ("Defendant") submit this joint status report pursuant to the Docket Text Order issued by Your Honor on April 2, 2026.

**Discovery**

The parties have exchanged initial disclosures, participated in informal "Phase 1" discovery, and issued "Phase 2" discovery. No depositions have been scheduled, as Plaintiff has not yet received any documents from Defendant (with the exception of records produced in Phase 1).

Plaintiffs' Discovery Requests

Plaintiff's first two sets of discovery requests were issued on March 10 and March 24, 2026. Defendant timely responded and objected to those requests on April 24, 2026.

To date, Defendant has failed to produce any documents responsive to these first two requests. On July 24, Plaintiff's counsel requested a timeline from Defendant's counsel concerning its production. That same day, Defendant's counsel advised that it ran into a myriad set of problems with the ingestion of materials and while no exact timeline for production can be provided it expects hit reports to be generated by July 29, 2026. After the hit reports are generated and reviewed, and agreed upon, a timeline of production can be provided.

On July 29, 2026, Defendant's counsel provided initial hit reports to Plaintiff's counsel, advised Plaintiff's counsel that additional records were being collected, and requested that the parties meet and confer to refine search terms that appear to be returning unduly burdensome/irrelevant results.

Plaintiff also issued Interrogatories on March 10. Two of those interrogatories are the subject of a joint letter submitted to Your Honor on July 7, 2026, wherein Plaintiff requested a premotion discovery conference. *See* ECF 29.

On July 24, 2026, Plaintiff issued a third set of document demands. Defendants' responses are due on or before August 24, 2026.

Defendants' Discovery Requests

On May 1, Defendant issued its first set of document requests and interrogatories. On June 1, Plaintiff responded to the same. As of July 23, Plaintiff has produced 2,690 pages of documents pursuant to Defendant's demands. Plaintiff anticipates one additional production to conclude its production concerning Defendant's May 1 document demands.

On July 17, Defendant issued its second set of document demands, consisting of an additional 40 demands (for 94 demands total). *See* ECF 30. Plaintiff's responses to these demands are due no later than August 17, 2026 but Plaintiff may require additional time given the voluminous number of requests made by Defendant.

Depositions

No party depositions have been scheduled or noticed yet as Plaintiff requires documents from Defendant to make determinations as to witnesses and the scope of questioning for Rule 30(b)(6) purposes and Defendant likewise requires a complete production, which Plaintiff anticipates making as set forth above.

Third-Party Subpoenas

On June 5, 2026, Plaintiff's counsel sent notice to Defendant's counsel of its intent to issue a subpoena for documents and testimony from Live Calls Network, LLC ("LCN"). On June 8, 2026, service was attempted on LCN's Maryland registered agent, but failed because the address was not active. On June 29, 2026, service on LCN's Delaware registered agent was completed. *See* Affidavit of Service at ECF 28.

Plaintiff's counsel has not received any response from LCN regarding the subpoena. On July 22, 2026, counsel for Plaintiff emailed Stanley Burns, who is named as the resident agent for LCN in Maryland where the company does business. By email, Mr. Burns informed counsel that he could not accept service or confirm compliance with the subpoena because he has "no ownership interest, management role, employment relationship, authority, or other affiliation with Live Calls Network, LLC since June 2023."

**Motion Practice: Defendant's Motion to Dismiss for Lack of Personal Jurisdiction**

Defendant's motion to dismiss for lack of personal jurisdiction was fully submitted on December 12, 2025. Your Honor issued a report and recommendation on July 28, 2026, recommending that the motion be denied. Defendant has not filed an answer.

Defendant intends to file a limited objection to Point III(A)(2)(a)(i)(b) to the extent that portion of the report and recommendation purports to be a factual finding that LCN acted as Defendant's agent.

As detailed under the discovery section, the parties also submitted a joint letter to Your Honor on July 7, wherein Plaintiff requested an informal conference with the Court for a premotion discovery conference. *See* ECF 29.

**Anticipated Motion Practice**

Plaintiff will file a motion to compel LCN's compliance with the subpoena. If Defendant does not promptly begin producing documents, Plaintiff will also take all steps necessary to compel compliance from Defendant.

**Extension of Time to Implead Third-Parties**

On June 12, 2026, the Court granted Defendant's motion for an extension of time to implead third-parties. The deadline to implead third parties was extended to (i) 21 days after the Court's decision on Defendant's pending Rule 12(b)(2) motion to dismiss, or (ii) August 18, 2026, whichever is earlier. See Docket Text Order dated June 12, 2026.

Defendant intends to implead LCN and respectfully submits that doing so may substantially impact the existing discovery schedule.

Respectfully submitted,

LEWIS & LIN, LLC

By: /s/ Nicole Haff
Nicole Haff

*Attorneys for Plaintiff*

ARMSTRONG TEASDALE LLP

By: /s/ Andrew Lolli
Andrew Lolli

*Attorneys for Defendant*